# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| CARRIE DONNELLY, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO.: 4:18-cv-00200-RSB-JEG |
| SOUTHERN METALS RECYCLING, INC., ) ) | |
| Defendant. ) ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Carrie Donnelly and Defendant Southern Metals Recycling, Inc., by their attorneys and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that Plaintiff's claims against Defendant are dismissed with prejudice, with each party to bear its/her own costs and fees.

Dated: April 11, 2019

                                                   By: /s/ Andrew Weiner
                                                   Andrew L. Weiner
                                                   Georgia Bar No. 808278
                                                   Jeffrey B. Sand (pro hac vice application to be filed)
                                                   Georgia Bar No. 181568
                                                   WEINER & SAND LLC
                                                   3525 Piedmont Road
                                                   7 Piedmont Center, 3rd Floor
                                                   Atlanta, Georgia 30305
                                                   (404) 205-5029 (Tel.)
                                                   (404) 254-0842 (Tel.)
                                                   (866) 800-1482 (Fax)

2

aw@atlantaemployeelawyer.com
js@atlantaemployeelawyer.com

COUNSEL FOR PLAINTIFF


By: /s/ Robert C. Hughes, III
RAHIMI, HUGHES &
PADGETT, LLC
ROBERT C. HUGHES, III
Georgia Bar No. 140993
33 Bull Street, Suite 590
Savannah, Georgia 31401
(912) 421-9988
rhughes@rhp-law.com

CONSTANGY BROOKS &
SMITH LLP
WILLIAM M. CLIFTON III
Georgia Bar No. 170176
Pro Hac Vice
577 Mulberry St., Suite 710
PO Box 1975
Macon, GA 31202
(478) 750-8600
bclifton@constangy.com

CONSTANGY BROOKS &
SMITH LLP
R. CARL CANNON
Georgia Bar No. 108000
230 Peachtree St., N.W. Pro Hac
Vice
Suite 2400
Atlanta, GA 30303-1557
(404) 525-8622
ccannon@constangy.com

COUNSEL FOR DEFENDANT

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| CARRIE DONNELLY, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) ) | CIVIL ACTION NO.: 4:18-cv-00200-RSB-JEG |
| SOUTHERN METALS RECYCLING, INC., ) ) ) | |
| Defendant. ) ) ) | |

## CERTIFICATE OF SERVICE

I certify that on April 11, 2019, I filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of filing to all counsel of record.

s/ *Andrew Weiner*
Counsel for Plaintiff